**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SCOTT SCHECKARD and MARGARET SCHECKARD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>    Defendants. | Civil Action No. 1:22-cv-03708-SDG |
| JOYNE UA WEST, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>    Defendants. | Civil Action No. 1:22-cv-03858-SDG |
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY.,<br><br>    Defendants. | Civil Action No. 1:23-cv-00505-SDG |
| DANIEL BOZIN, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL CO.,<br><br>    Defendants. | Civil Action No. 1:23-cv-00506-SDG |

| | |
|---|---|
| MELISSA URCIUOLI, et al.,<br>    Plaintiffs,<br><br>                    v.<br><br>KEYBANK NATIONAL<br>ASSOCIATION, KEYCORP, and<br>OVERBY-SEAWELL CO.,<br>    Defendants. | Civil Action No.<br>1:23-cv-00507-SDG |
| MICHAEL BROUTY, et al.,<br>    Plaintiffs,<br><br>                    v.<br><br>KEYBANK NATIONAL<br>ASSOCIATION, KEYCORP, and<br>OVERBY-SEAWELL CO.,<br>    Defendants. | Civil Action No.<br>1:23-cv-00672-SDG |
| JACINT PITTMAN<br>individually and on behalf of all<br>others similarly situated,<br>        Plaintiff,<br>                v.<br>KEYBANK NATIONAL<br>ASSOCIATION, KEYCORP, and<br>OVERBY-SEAWELL CO.,<br>    Defendants. | Civil Action No.<br>1:23-cv-00673-SDG |

## ORDER

These actions are member cases of the multidistrict litigation, *In re Overby-Seawell Company Customer Data Security Breach Litigation*, Case No. 1:23-md-03056-SDG, N.D. Ga. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** them for docket management purposes pending the Final Approval Hearing in the multidistrict case, set for December 9, 2024 before undersigned. Administrative

closure will not prejudice the rights of the parties in any manner, nor preclude the filing of documents. If appropriate after the Final Approval Hearing, any or all of these cases may be reopened on a motion filed by any party.

Signed this 9th day of October, 2024.

Steven D. Grimberg
United States District Judge